**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

CURTIS DIJON FISHER,

                Plaintiff,

                -v-                             1:25-CV-831 (AJB/DJS)

GLENS FALLS HOSPITAL _et al._,

                Defendants.

_____

**APPEARANCES:**                           **OF COUNSEL:**

CURTIS DIJON FISHER
Plaintiff, Pro Se
21085
Warren County Correctional Facility
1400 State Route 9
Lake George, NY 12845

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

On June 26, 2025, _pro se_ plaintiff Curtis Dijon Fisher ("plaintiff"), who is currently being detained in the Warren County Correctional Facility, filed this 42 U.S.C. § 1983 action alleging that defendants violated his civil rights.  Dkt. No. 1.  Along with his complaint, plaintiff moved for leave to proceed _in forma pauperis_ ("IFP Application").  Dkt. No. 2, 3.

On July 15, 2025, U.S. Magistrate Judge Daniel J. Stewart granted plaintiff's IFP Application, Dkt. No. 4, and conducted an initial review of plaintiff's pleading.  Based on this initial review, Judge Stewart advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed with leave to amend.  Dkt. No. 5.

Plaintiff has not lodged objections to the R&R.  The time period in which to do so has expired.  However, plaintiff has submitted a First Amended Complaint in accordance with the R&R.  Dkt. No. 6.  Upon review for clear error, the R&R will be accepted and adopted, *see* FED. R. CIV. P. 72(b), and plaintiff's First Amended Complaint will be referred to Judge Stewart for further action as appropriate.

Therefore, it is

ORDERED that

1.  The Report & Recommendation (Dkt. No. 5) is ACCEPTED; and

2.  Plaintiff's complaint (Dkt. No. 1) is DISMISSED with leave to amend; and

3.  Plaintiff's First Amended Complaint (Dkt. No. 6) is REFERRED to Judge Stewart.

The Clerk of the Court is directed to terminate the pending motion and refer the First Amended Complaint (Dkt. No. 6) to the assigned Magistrate Judge for further action.

**IT IS SO ORDERED.**

Dated:  August 12, 2025
        Utica, New York.

Anthony J. Brindisi
U.S. District Judge