**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

CURTIS DIJON FISHER,

            Plaintiff,

        -v-                                               1:25-CV-831 (AJB/DJS)

GLENS FALLS HOSPITAL *et al.*,

            Defendants.

---

**APPEARANCES:**                                             **OF COUNSEL:**

CURTIS DIJON FISHER
Plaintiff, Pro Se
25-R-1916
Mohawk Correctional Facility
P.O. Box 8451
Rome, NY 13440

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

On June 26, 2025, *pro se* plaintiff Curtis Dijon Fisher ("plaintiff"), who was at that time detained in the Warren County Correctional Facility, filed this 42 U.S.C. § 1983 action alleging that defendants violated his civil rights. Dkt. No. 1. Along with his complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 2, 3.

On July 15, 2025, U.S. Magistrate Judge Daniel J. Stewart granted plaintiff's IFP Application, Dkt. No. 4, conducted an initial review of plaintiff's pleading, and advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed with leave to amend. Dkt. No. 5. Plaintiff did not lodge objections. Instead, plaintiff submitted a First Amended Complaint. Dkt. No. 6.

On August 12, 2025, this Court accepted the R&R and referred the matter back to Judge Stewart to conduct an initial review of plaintiff's First Amended Complaint.  Dkt. No. 7.  Shortly thereafter, Judge Stewart advised by R&R that plaintiff's First Amended Complaint be dismissed *without* leave to amend.  Dkt. No. 8.  As Judge Stewart explained, "[l]ittle has changed from a legal perspective with the filing of the Amended Complaint," which, as Judge Stewart observed in his initial R&R, continued to name defendants that cannot validly be sued under the relevant governing law.  *Id*.

Plaintiff has not lodged objections.  Although the time period in which to do so would have expired on September 11, 2025, *see* Dkt. No. 8, plaintiff submitted a notice of change of address on September 5, 2025, indicating that he had moved to Mohawk Correctional Facility, Dkt. No. 9.  The Clerk of the Court re-served Judge Stewart's second R&R on plaintiff at this new address.  *Id*.

Thereafter, this Court held the file for an additional fourteen-day period of time (which is extended to seventeen days in the case of mailings to *pro se* litigants) to account for plaintiff's changed mailing address.  28 U.S.C. § 636(b)(1) (affording fourteen days to lodge objections to an R&R); FED. R. CIV. P. 6(d) (adding three days for mailings).  Nearly a month has elapsed.  To date, however, plaintiff has not lodged objections to the second R&R.  Thus, upon review for clear error, the second R&R will be accepted and adopted.  *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 8) is ACCEPTED; and

2. Plaintiff's First Amended Complaint (Dkt. No. 6) is DISMISSED without leave to amend.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated: October, 7, 2025
       Utica, New York.

Anthony J. Brindisi
U.S. District Judge